United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| FRANCISCO JAVIER REYES-CARRIZALES, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00490 |
| MIGUEL VIGERA, *et al.*, | § | |
| "Respondents." | § | |

**ORDER**

Before this Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Respondents' "Motion for Summary Judgment and Response to Petition for Writ of Habeas Corpus" (Dkt. No. 6) ("MSJ"), and "Petitioner's Notice" (Dkt. No. 7) ("Notice"). By his Notice, Petitioner notifies the Court that Petitioner was released from Port Isabel Service Processing Center on June 9, 2026. Dkt. No. 7. For this reason, Petitioner's Petition (Dkt. No. 1) is **DISMISSED**, and Respondents' MSJ (Dkt. No. 6) is **DENIED** as moot**.**

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction.

Here, Petitioner's release from detention renders the Petition moot because he is no longer in detention. Consequently, there is no longer a live case or controversy for this Court to resolve.

Accordingly, the Petition (Dkt. No. 1) is hereby **DISMISSED** sua sponte, and Respondents' MSJ (Dkt. No. 6) is **DENIED** as moot. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this June 25, 2026

Rolando Olvera
United States District Judge